UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JARMIRIAN BATISTA RODRIGUEZ, SAILYN PENA, JORDANNIS COSME BATISTA, OLGA JAIME, ORLANDO RODRIGUEZ and RAMON LUIS SOTO, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

ELECTRONIC DEALS, INC., S & V TRADING OF NY, LTD., VOVOYA, INC. and GUY J. ESSES a/k/a JOEY G. ESSES a/k/a GUY ASSIS,

    Defendant(s).

**CONSENT TO CHANGE ATTORNEY**

Case No. 21-cv-03110 (BMC)

---

**IT IS HEREBY AGREED**, by and between the undersigned, that the firm of GOLDBERG SEGALLA LLP located at 200 Garden City Plaza – Suite 520, Garden City, New York 11530, be substituted as attorneys for the defendants ELECTRONIC DEALS, INC., S & V TRADING OF NY, LTD., VOVOYA, INC. and GUY J. ESSES a/k/a JOEY G. ESSES a/k/a GUY ASSIS in the above entitled action in the place and stead of Stephen D. Hans & Associates, P.C., 30-30 Northern Boulevard – Suite 401, Long Island City, New York 11101.

**IT IS HEREBY FURTHER AGREED** that this Consent may be signed in counterparts, and that electronic or facsimile signatures shall be deemed to be originals.

Dated: Garden City, New York
       December _____, 2021

GOLDBERG SEGALLA LLP
BY: _____
Scott R. Green
Incoming Attorneys for Defendants
200 Garden City Plaza – Suite 520
Garden City, NY 11530
516-281-9800
by: Adam S. Katz, Esq.
01/19/2022

Stephen D. Hans & Associates, P.C.
BY: _____
Stephen D. Hans
Outgoing Attorneys for Defendants
30-30 Northern Boulevard – Suite 401
Long Island City, New York 11101
(718) 275-6700

Error! Unknown document property name.

ELECTRONIC DEALS, INC.

BY: _____
Name, Title:

S & V TRADING OF NY, LTD.

BY: _____
Name, Title:

VOVOYA, INC.

BY: _____
Name, Title:

_____
GUY J. ESSES a/k/a JOEY G. ESSES a/k/a GUY ASSIS

STATE OF NEW YORK )
                  ) SS:
COUNTY OF         )

On this 12 day of January, 2022 before me, a notary public in and for said state, appeared before me, JOEY ESSES of ELECTRONIC DEALS, INC. and acknowledged that signed this consent to change attorney, and is known to me to be the JOEY G ESSES of ELECTRONIC DEALS, INC. and who executed the within and foregoing instrument and acknowledged to me that executed the same.

_____
Notary Public

BOGDANNA VOLCHANSKIY
Notary Public - State of New York
NO. 01VO6399529
Qualified in Kings County
My Commission Expires Oct 21, 2023

STATE OF NEW YORK )
                  ) SS:
COUNTY OF Kings   )

On this 12 day of January, 2022 before me, a notary public in and for

said state, appeared before me, JOEY G ESSES of S & V TRADING OF NY, LTD. and acknowledged that signed this consent to change attorney, and is known to me to be the JOEY G ESSES of S & V TRADING OF NY, LTD. and who executed the within and foregoing instrument and acknowledged to me that executed the same.

_____
Notary Public

BOGDANNA VOLCHANSKIY
Notary Public - State of New York
NO. 01VO6399529
Qualified in Kings County
My Commission Expires Oct 21, 2023

STATE OF NEW YORK )
) SS:
COUNTY OF Kings )

On this 12 day of January, 2022 before me, a notary public in and for said state, appeared before me, JOEY G ESSES of VOVOYA, INC. and acknowledged that signed this consent to change attorney, and is known to me to be the JOEY G ESSES of VOVOYA, INC. and who executed the within and foregoing instrument and acknowledged to me that executed the same.

_____
Notary Public

STATE OF NEW YORK )
)
COUNTY OF Kings )

BOGDANNA VOLCHANSKIY
Notary Public - State of New York
NO. 01VO6399529
Qualified in Kings County
My Commission Expires Oct 21, 2023

On the 12 day of January, 2022 before me personally came GUY J. ESSES a/k/a JOEY G. ESSES a/k/a GUY ASSIS known to me to be the same person described in and who executed the foregoing Consent to Change Attorney and acknowledged to me that he/she executed the same.

_____
Notary Public

BOGDANNA VOLCHANSKIY
Notary Public - State of New York
NO. 01VO6399529
Qualified in Kings County
My Commission Expires Oct 21, 2023